55 So.2d 833

### STATE v. SOUTHERN SAW SERVICE, Inc.
### 3 Div. 580.

Supreme Court of Alabama.
April 26, 1951.

Rehearing Granted June 28, 1951.

Further Rehearing Denied Jan. 10, 1952.

A. A. Carmichael, Atty. Gen., and Jas. T. Hardin, Asst. Atty. Gen., for appellant.

Lawrence Dumas, Jr. and Thompson, Dumas, O'Neal & Hayes, of Birmingham, for appellee.

John W. Lapsley, Selma, amicus curiæ.

BROWN, Justice.

The appeal in this case is controlled by the decision this day rendered in State v. Southern Saw Service, Inc., 55 So.2d 828,[1] and on the authority of that opinion the decree of the circuit court in this case is affirmed in part and in part reversed and rendered.

Affirmed in part and in part reversed and rendered.

All the Justices concur.

1. Post, p. 546.

On Rehearing

LIVINGSTON, Chief Justice.

The application for rehearing in this cause is granted, the decree heretofore rendered on April 26, 1951, affirming in part and in part reversing and rendering the decree of the Circuit Court is hereby set aside and vacated, and the decree of the Circuit Court is reversed and annulled and the cause is remanded to the Circuit Court for further proceedings therein on the authority of State of Alabama v. Southern Saw Service, Inc., Ala.Sup., 55 So.2d 828.

FOSTER, LAWSON, SIMPSON and STAKELY, JJ., concur.

BROWN, J., dissents.